[No. 23702–1–I.  Division One.  May 21, 1990.]

·THE STATE OF WASHINGTON, *Respondent,* v. GUY EARL BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00224–4, John F. Wilson, J., entered February 14, 1989. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson and Pekelis, JJ. Now published at 58 Wn. App. 222.

[No. 21891–3–I.  Division One.  May 21, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH JOHN PRICE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02483–7, Shannon Wetherall, J., entered February 10, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Swanson, J.

[Nos. 22163–9–I; 22553–7–I.  Division One.  May 21, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOE CURTIS HARRIS, *Appellant.*

*In the Matter of the Personal Restraint of* JOE CURTIS HARRIS, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04895–7, Arthur E. Piehler, J., entered April 18, 1988, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Swanson and Forrest, JJ.